Dennis Kurz
Kurz Law Group, PLLC
1936 N. Druid Hills Rd., NE
Suite 100B
Atlanta, GA 30319
dennis@kurzlawgroup.com
Attorneys for Plaintiff,
CATHERINE & JOHN KLOTZ

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CATHERINE KLOTZ and JOHN KLOTZ, | : | |
| Plaintiff, | : | Civil Case No.: 3:14-cv-01230-MAS-TJB |
| vs. | : | |
| GC Services, LP, | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Catherine Klotz & John Klotz (Plaintiffs), by their attorneys, by and through the undersigned counsel, and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC Services, LP,. (Defendant), in this case.

DATED:  September 29, 2014      Kurz Law Group, LLC

                                           By:  /s/ Dennis R. Kurz

                                                  Dennis R. Kurz
                                                  Attorney for Plaintiffs,
                                                  Catherine Klotz & John Klotz

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                By:     /s/ Dennis R. Kurz
                            Dennis R. Kurz