Dennis Kurz
Kurz Law Group, PLLC
1936 N. Druid Hills Rd., NE
Suite 100B
Atlanta, GA 30319
dennis@kurzlawgroup.com
Attorneys for Plaintiff,
CATHERINE & JOHN KLOTZ

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHERINE KLOTZ and JOHN KLOTZ, : | |
| Plaintiff, : | Civil Case No.: 3:14-cv-01230-MAS-TJB |
| vs. : | |
| GC Services, LP, : | |
| Defendant. : | |

### NOTICE OF VOLUNTARY DISMISSAL

Catherine Klotz & John Klotz (Plaintiffs), by their attorneys, by and through the undersigned counsel, and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC Services, LP,. (Defendant), in this case.

DATED: September 29, 2014    Kurz Law Group, LLC

By: /s/ Dennis R. Kurz

Dennis R. Kurz
Attorney for Plaintiffs,
Catherine Klotz & John Klotz

So Ordered 5-th day of November, 2014

/s/ Mashupp